**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

|  |  |
|---|---|
| _____ ) | **CAUSE NO.  3:12-md-02391-RLM-CAN** |
| **In re BIOMET M2A MANGUM HIP** ) | **(MDL-2391)** |
| **IMPLANT PRODUCTS LIABILITY** ) | |
| **LITIGATION** ) | |
| ) | |
| _____ ) | |

## NOTICE OF CHANGE OF ADDRESS

Liaison Counsel for Defendants, John D. LaDue and Erin Linder Hanig, hereby notify the

Court of a change of address. Please update the Court's record as follows:

LaDue Curran & Kuehn LLC
100 E. Wayne Street, Suite 300
South Bend, IN 46601
Telephone: (574) 968-0760
Facsimile: (574-968-0761

Respectfully submitted,

/s/ Erin Linder Hanig
John D. LaDue
Erin Linder Hanig
LaDue Curran & Kuehn LLC
100 E. Wayne Street, Suite 300
South Bend, IN 46601
Telephone: (574) 968-0760
Facsimile: (574) 968-0761
jladue@lck-law.com
ehanig@lck-law.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 28, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which provided electronic service upon all counsel of record.

/s/ Erin Linder Hanig
Erin Linder Hanig